# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Marion Watson-Collins | ) | Chapter 13 |
| | ) | Case No. 18 B 14087 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Marion Watson-Collins  
7205 S. Bennett Ave.  
#1E  
Chicago, IL  60649

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On October 17, 2019 at  9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, October 8, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On May 15, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on July 26, 2018, for a term of 36 months with payments of $100.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 17 | $1,600.00 | $1,400.00 | $200.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/08/2019  
Due Each Month: $100.00  
Next Pymt Due: 10/14/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 08/13/2018 | 89699 | $100.00 | 09/13/2018 | 93044 | $100.00 |
| 10/17/2018 | 96462 | $100.00 | 11/09/2018 | 99265 | $100.00 |
| 12/21/2018 | 229050 | $100.00 | 01/04/2019 | 105076 | $100.00 |
| 02/11/2019 | 109296 | $100.00 | 03/11/2019 | 921641 | $100.00 |
| 04/09/2019 | 1509355 | $100.00 | 05/22/2019 | 120525 | $100.00 |
| 06/14/2019 | 929261 | $100.00 | 07/11/2019 | 17992141908 | $100.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE